IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELE VULCANO HALL | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 10-7603 |
| | : | |
| EASTON AREA SCHOOL DISTRICT, SUSAN MCGINLEY AND JOHN CASTROVINCI | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 5th day of May, 2014, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 29) and Plaintiff's response, and for the reasons stated in the Court's Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. Judgment is hereby entered in favor of Defendants.

**IT IS FURTHER ODERED** that the Clerk of Court is directed to mark this matter **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**